IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:17-CR-00001-O |
| | § | |
| MICHAEL MOORE         (1) | § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration in the above-styled and numbered action the Petition for Offender of Supervision to revoke the term of supervision imposed upon defendant MICHAEL MOORE.

The court determines that a hearing should be scheduled. Therefore, the court ORDERS that defendant, his attorney, and counsel for United States of America appear at **9:00 a.m.**, on September 5, 2017, before the undersigned district judge in the **2nd Floor Courtroom of the United States Courthouse, Fort Worth, Texas**, for a hearing.

The court FURTHER ORDERS that if this is a contested matter, the following shall be filed:

(1) By **1:00 p.m.** on August 28, 2017, United States of America and defendant each shall file a witness list and an exhibit list.

(2) The parties shall not file exhibits prior to the hearing, but shall have the originals and one copy thereof available immediately prior to the hearing. Each exhibit that will be offered at the hearing shall bear the case number of this action in addition to the exhibit number and identity of offering party.

(3) The witness list shall be accompanied, when it is filed, by a statement as to each witness of each subject matter upon which the witness will be asked to testify. The witness list shall include one column bearing the heading "Sworn" and another bearing the heading "Testified" to help the court keep track of the witnesses at the hearing.

(4) The exhibit list shall be accompanied, when it is filed, by a statement signed by counsel for the opposing party stating, as to each exhibit shown on the list, either that the opposing party agrees to the admissibility of the exhibit or the nature and legal basis of any objection that will be made to the admissibility of the exhibit. All parties are required to cooperate in causing such statements to be prepared in a timely manner for filing with the exhibit lists. The party proposing to offer an exhibit shall be responsible for coordinating activities related to preparation of such a statement as to the exhibit such party proposes to offer. No exhibit will be offered at the hearing unless such a statement has been timely filed as to the exhibit. The exhibit list shall include one column bearing the heading "Offered" and another bearing the heading "Admitted."

(5) No party is permitted to adopt as, or in, the party's witness list or exhibit list all or any part of the witness list or exhibit list of the other party.

**SIGNED 22nd day of August, 2017.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**